Ronald C. Specter, Esq. (SBN: 118417)
Michael H. Artinian, Esq. (SBN: 203443)
SPECTER & WILLOUGHBY, LLP
4675 MacArthur Court, Suite 1150
Newport Beach, CA 92660
Telephone: (949) 833-9400
Facsimile: (949) 833-9425

Attorneys for Defendant,
CIRCLE K STORES INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI WEST, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CIRCLE K STORES, INC., a foreign corporation,<br><br>    Defendant. | Case No. CIV.S-04-0438 WBS GGH<br><br>**[Proposed] ORDER GRANTING CIRCLE K STORES INC.'S *AMENDED* EX PARTE APPLICATION FOR A PROTECTIVE ORDER, AND SETTING JOY POWELL'S DEPOSITION FOR JUNE 9, 2005**<br><br>Hon. WILLIAM B. SHUBB<br>Courtroom 5 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

The amended ex parte application submitted by Defendant Circle K Stores Inc. for a protective order allowing Joy Powell's deposition to take place within 10 days after the discovery cut-off deadline came on for hearing via telephonic conference call before this Court. Charles Jones, Esq. appeared for Plaintiff. Michael Artinian, Esq. appeared for Defendant.

After consideration of the papers and arguments of counsel, and all other matters presented to the Court, and conferring by telephone with counsel for both sides IT IS HEREBY ORDERED that Defendant's Amended Ex Parte Application is GRANTED as follows:

The deposition of Joy Powell shall commence on June 9, 2005 at 10:00 a.m. in defense counsel's office located at 4675 MacArthur Court, Suite 1150, Newport Beach, CA 92660.

Plaintiff's counsel also indicated to the Court that Plaintiff will be submitting a motion to the

Court requesting leave to amend the complaint to add new class representatives. The Court has made no rulings with regard to Plaintiff's anticipated motion to amend the complaint. However, in the event the Court grants Plaintiff's anticipated motion for leave to amend the Complaint to add new class representatives, Defendant shall be afforded a reasonable opportunity to conduct discovery as to the additional class representatives.

IT IS SO ORDERED.

Dated:  May 18, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

___/s/_____
Charles Jones, Esq.
COUNSEL FOR PLAINTIFF


___/s/_____
Michael H. Artinian, Esq.
COUNSEL FOR DEFENDANT