SPECTER & WILLOUGHBY, LLP
Ronald C. Specter (SBN 118417)
4675 MacArthur Court, Suite 1150
Newport Beach, California 92660
Telephone: (949) 833-9400
Facsimile: (949) 833-9425

DEWEY BALLANTINE LLP
Matthew M. Walsh (SBN 175004)
333 South Grand Avenue
Los Angeles, California 90071-1530
Telephone: (213) 621-6000
Facsimile: (213) 621-6100

Attorneys for defendant
CIRCLE K STORES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DIVISION OF CALIFORNIA

| | |
|---|---|
| VICKI WEST and WENDY FEGUNDES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CIRCLE K STORES, INC., a foreign corporation,<br><br>Defendant. | Case No. CIV. S-04-0438 WBS (GGH)<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**<br><br>Judge:  Hon. William B. Shubb<br>Courtroom No. 5<br><br>First Amended Complaint Filed: July 18, 2005 |

1
REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

PDF created with pdfFactory trial version www.pdffactory.com

Defendant Circle K Stores, Inc. hereby requests the Court to approve the substitution of Matthew M. Walsh of Dewey Ballantine LLP as attorneys of record in place of Specter & Willoughby, LLP pursuant to Local Rule 83-182(g).  Mr. Walsh's contact information is:

> Matthew M. Walsh
> Dewey Ballantine LLP
> 333 South Grand Avenue
> Los Angeles, California  90071-1530
> Telephone:  (213) 621-6000
> Facsimile:  (213) 621-6100
> mwalsh@deweyballantine.com

I consent to this substitution.

Dated November 7, 2005                     /s/
*Lynn Westerfield, Authorized Representative of Circle K Stores, Inc.*

I consent to this substitution.

Dated November 4, 2005                     /s/
*Ronald C. Specter, Specter & Willoughby, LLP, Withdrawing Attorneys*

I have given proper notice pursuant to Local Rule 83-182(a)(2)(iv) and consent to this substitution.

Dated November 3, 2005                     /s/
*Matthew M. Walsh, Dewey Ballantine LLP, Substituting Attorneys*

## **ORDER**

**IT IS SO ORDERED**.

Dated:  November 18, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

226508

2
REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

PDF created with pdfFactory trial version www.pdffactory.com