UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

VICKI WEST and WENDY FAGUNDES,
individually and on behalf of
others similarly situated,

                                        NO. CIV. S-04-0438 WBS GGH

          Plaintiffs,

     v.                                 ORDER RE: CONTINUANCE
                                        AND EVIDENTIARY OBJECTIONS

CIRCLE K STORES, INC.,

          Defendant.


----oo0oo----

**Stipulation**

          Plaintiffs Vicki West and Wendy Fagundes, on behalf of
themselves and a proposed class, and defendant Circle K Stores,
Inc., by and through their respective counsel of record, have
agreed to pursue mediation in this case on May 15, 2006 before
the Hon. Richard Neal (Ret.).  The parties wish to complete
mediation prior to the hearing on plaintiffs' motion for class
certification, currently calendared to be heard on April 17,
2006.  Accordingly, the parties hereby request the Court to
continue the class certification hearing for forty-five (45) days

1

to permit adequate time to complete mediation.

Dated:  April 10, 2006            DEWEY BALLANTINE LLP
                                  By:_____
                                      Matthew M. Walsh
                                  Attorneys for Defendant
                                  Circle K Stores, Inc.


Dated:  April 10, 2006            McINERNEY & JONES
                                  By:_____
                                      Charles A. Jones
                                  Attorneys for Plaintiffs and
                                      the Proposed Class




**O R D E R**

        Based upon the foregoing stipulation of the parties,
and good cause appearing, it is hereby ORDERED that the hearing
on Plaintiffs' Motion for Class Certification shall be continued
to June 12, 2006 at 1:30 p.m. in Courtroom 5.

        Regardless of this order, however, the court still
requests that the parties appear on April 17, 2006, at 1:30 p.m.
in Courtroom 5 as previously scheduled.  On April 3, 2006,
defendant filed two objections to plaintiffs' requests for
judicial notice, eleven objections to statements in the
declarations of named plaintiffs Vicki West and Wendy Fagundes
(submitted in support of plaintiffs' motion), and one objection
to excerpts from the deposition of Robert Crandall.  Defendant's
objections are made primarily on the grounds that the statements
at issue constitute inadmissable personal opinions of lay
witnesses (inappropriate expert testimony), or are conclusory,
lacking in foundation, argumentative, and/or speculative.  To
rule on plaintiffs' motion for class certification, the court
must first decide these objections and, in the interest of

2

1  avoiding further delay if and when the court finally hears
2  plaintiffs' motion for class certification, the court thinks it
3  best to consider these objections sooner rather than later.
4  Accordingly, at the hearing currently set for April 17, 2006, at
5  1:30 p.m., the court will hear only the evidentiary objections.
6          IT IS SO ORDERED.
7  DATED:  April 11, 2006
8
9
10         WILLIAM B. SHUBB
           UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3