Kevin J. McInerney, SBN 46941
Kelly McInerney, SBN 200017
Charles A. Jones, SBN 224915
MCINERNEY & JONES
18124 Wedge Pkwy. #503
Reno, Nevada 89511
Phone: (775) 849-3811
Fax:   (775) 849-3866

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICKI WEST** and **WENDY FAGUNDES**, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**CIRCLE K STORES, INC.,** a foreign corporation<br><br>　　　　　Defendant. | Case No.  CIV.S-04-0438 WBS GGH<br><br>**STIPULATION AND ORDER TO CONVERT HEARING ON CLASS CERTIFICATION MOTION TO PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Date:　　　June 12, 2006<br>Time:　　　1:30 p.m.<br>Courtroom:　5 |

1
STIPULATION AND [PROPOSED] ORDER TO CONVERT HEARING
ON CLASS CERTIFICATION MOTION TO PRELIMINARY APPROVAL OF SETTLEMENT

PDF created with pdfFactory trial version www.pdffactory.com

## **STIPULATION**

Plaintiffs Vicki West and Wendy Fagundes, on behalf of themselves and two proposed classes, and Defendant Circle K Stores, Inc., by and through their respective counsel of record, have agreed to a settlement in principle that they are currently documenting which would resolve all claims asserted by Plaintiffs and the classes they seek to represent.  Accordingly, the parties hereby request the Court to convert the June 12, 2006 class certification hearing to a hearing on Plaintiffs' Motion for Preliminary Approval of the Settlement.  Pursuant to the Court's instruction, Plaintiffs' Unopposed Motion For Preliminary Approval of this settlement, along with all accompanying documents and exhibits, will be filed before noon on Friday, June 2, 2006.  Furthermore, for the convenience of all involved, the parties hereby request the Court also change the time of the scheduled June 12, 2006 status conference, currently set for 9:00 a.m. to 1:30 p.m.

Dated:  May 31, 2006                        MCINERNEY & JONES

                                              By:___/s/_____
                                                 Charles A. Jones, Esq.
                                                 Attorneys for Plaintiffs

Dated:  May 31, 2006                        DEWEY BALLANTINE LLP

                                              By:  ___/s/_____
                                                 Matthew M. Walsh, Esq.
                                                 Attorneys for Defendant Circle K Stores, Inc.

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Based upon the foregoing stipulation of the parties, and good cause appearing, it is hereby ORDERED that the June 12, 2006 hearing on Plaintiffs' Motion for Class Certification shall be converted to a hearing on Plaintiffs' Motion for Preliminary Approval of the Settlement, and that the status conference currently set for 9:00 a.m. on June 12, 2006 in Courtroom 5 shall be moved to 1:30 p.m.

Dated:  June 1, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com