Kevin J. McInerney, Esq. (SBN 46941)
Kelly McInerney, Esq. (SBN 200017)
Charles A. Jones, Esq. (SBN 224915)
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Telephone:   (775) 849-3811
Facsimile:   (775) 849-3866

Attorneys for Plaintiff Classes

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICKI WEST** and **WENDY FAGUNDES**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CIRCLE K STORES, INC.,** a foreign corporation<br><br>Defendant. | Case No. CIV.S-04-0438 WBS (GGH)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AWARD OF ATTORNEYS' FEES**<br><br>Judge:   Hon. William B. Shubb<br>Courtroom No. 5<br><br>Date:   October 16, 2006<br>Time:   1:30 p.m. |

Plaintiffs, by and through their counsel of record, Charles A. Jones and Defendant, by and through its counsel of record, Matthew Walsh, submit the following stipulation and [proposed] Order regarding the award of attorneys' fees to class counsel.

Whereas:   On October 20, 2006 the Court granted final approval to the class action settlement in this case;

Whereas:   This case settled for the aggregate sum of Five Million Dollars ($5,000,000);

Whereas:   In its October 20, 2006 Order the Court granted class counsels' application for an attorney fee award of 25% of the $5,000,000, settlement fund established for the classes. Specifically, on page 21, lines 9-13, the Court Ordered as follows: "In view of the diligent

---

1

**STIPULATION AND [PROPOSED] ORDER REGARDING AWARD OF ATTORNEYS' FEES**

PDF created with pdfFactory trial version www.pdffactory.com

1  efforts of counsel in a complex area of law and the favorable outcome obtained for class
2  members, the court finds an award of twenty-five percent (25%) of the $5,000,000 common
3  fund, to be an appropriate amount for attorneys' fees."
4  Whereas:   Twenty-five percent (25%) of $5,000,000 is $1,250,000.
5  Whereas:   The Court's October 20, 2006 Order contained a typographical error regarding
6  the amount of attorneys' fees to be awarded to class counsel.  Specifically, page 23, lines 23-
7  24 of this Court's Order reads as follows:  "plaintiffs' application for attorneys' fees in the
8  amount of $1,225,000 … are, Granted."
9  Whereas:   Class counsel sought $1,250,000 in attorneys' fees for this case.  This sum
10 represents twenty-five percent (25%) of the $5,000,000 common fund established for the
11 classes.
12 Whereas:   Class counsel hereby requests the Court to clarify that the amount of
13 attorneys' fees awarded to class counsel should be $1,250,000.
14 Whereas:   Defendant does not oppose this request.

16 Dated: November _7_, 2006                    MCINERNEY & JONES

17                                              By:___/s/_____
18                                                 Charles A. Jones
                                                   Attorneys for Plaintiffs
19
20 Dated: November _7_, 2006                    DEWEY BALLANTINE LLP

21                                              By:___/s/_____
                                                   Matthew Walsh
22                                                 Attorney for Defendant

2

**STIPULATION AND [PROPOSED] ORDER REGARDING AWARD OF ATTORNEYS' FEES**

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Based on the foregoing stipulation of the parties, and a review of the this Court's October 10, 2006 Order Re: Motion for Final Approval Of Class Action Settlement, Award of Attorneys' Fees and Costs, and Additional Compensation to Named Plaintiffs, the Court has determined that the Order contained a typographical error on page 23, lines 23-24, regarding the amount of attorneys' fees awarded to class counsel.  Based on the foregoing, it is hereby ORDERED that class counsel be awarded $1,250,000 in attorneys' fees.  This sum represents twenty-five percent (25%) of the $5,000,000 common fund established for the classes.  All other aspects of the Court's October 10, 2006 Order shall remain unchanged.

Dated: November 17, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com