1  DEWEY BALLANTINE LLP
   Matthew M. Walsh (SBN 175004)
2  Micah D. Fargey (SBN 240458)
   333 South Grand Avenue
3  Los Angeles, California  90071-1530
   Telephone:  (213) 621-6000
4  Facsimile:  (213) 621-6100

5  Attorneys for Defendant
   Circle K Stores, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DIVISION OF CALIFORNIA

| | |
|---|---|
| VICKI WEST and WENDY FAGUNDES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CIRCLE K STORES, INC., a foreign corporation,<br><br>Defendant. | Case No. CIV. S-04-0438 WBS (GGH)<br><br>Before the Honorable William B. Shubb<br><br>**FINAL JUDGMENT AND ORDER DISMISSING CLASS ACTION WITH PREJUDICE** |

DEWEY BALLANTINE LLP
333 South Grand Avenue
Suite 2600
Los Angeles, California 90071-1530

**[PROPOSED] FINAL JUDGMENT AND ORDER DISMISSING CLASS ACTION WITH PREJUDICE**

The Court, having approved class certification for the purposes of settlement, having granted final approval of the settlement agreement on October 19, 2006, and having found the payments to the class members to have been properly disbursed and processed by the settlement claims administrator, hereby enters Final Judgment and dismisses this class action with prejudice pursuant to the terms specified in the Court's Memorandum and Order re: Motion for Final Approval of Class Action Settlement, Award of Attorneys' Fees and Costs, and Additional Compensation to Named Plaintiffs dated October 19, 2006.  Furthermore, the Court hereby authorizes and directs the settlement claims administrator to release all funds remaining in and due to the settlement funds account to the cy pres recipient pursuant to paragraph 15(h) of the settlement agreement.

IT IS SO ORDERED:

DATED: July 13, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

The undersigned approve this proposed Final Judgment and Order as to form.

Dated: July __12__, 2007         DEWEY BALLANTINE LLP

By:   /s/
Matthew M. Walsh
Attorneys for Defendant Circle K Stores, Inc.

Dated: July __12__, 2007         McINERNEY & JONES

By:   /s/
Charles A. Jones
Attorneys for Named Plaintiffs and the Settlement Classes

237423

**[PROPOSED] FINAL JUDGMENT AND ORDER DISMISSING CLASS ACTION WITH PREJUDICE**

PDF created with pdfFactory trial version www.pdffactory.com